# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | | |
|---|---|---|---|
| **Case No.:** | 14-48421-MBM | **Trustee Name:** | Douglas S. Ellmann |
| **Case Name:** | BROWN, SUSAN G. | **Date Filed (f) or Converted (c):** | 05/15/2014 (f) |
| **For the Period Ending:** | 6/26/2014 | **§341(a) Meeting Date:** | 06/18/2014 |
| | | **Claims Bar Date:** | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  5832 Rustic Lane Ypsialnti, MI 48197 | $170,000.00 | $2,500.00 | | $0.00 | $2,500.00 |
| 2  Cash on hand | $50.00 | $0.00 | | $0.00 | FA |
| 3  Bank; Checking/Savings; Account No.: | $1,000.00 | $0.00 | | $0.00 | FA |
| 4  Living and Dining room, bedroom, kitchen furniture & utensils. | $1,500.00 | $0.00 | | $0.00 | FA |
| 5  Clothing owned by debtors at debtors' residence and in debtors' possession. | $1,000.00 | $0.00 | | $0.00 | FA |
| 6  jewerly | $700.00 | $0.00 | | $0.00 | FA |
| 7  IRA | $42,931.00 | $0.00 | | $0.00 | FA |
| 8  2009 GMC Acadia | $16,000.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$233,181.00    $2,500.00       $0.00    $2,500.00

**Major Activities affecting case closing:**
The Trustee's real estate broker, Dunlap and Associates, has listed the debtor's home for sale.

**Initial Projected Date Of Final Report (TFR):** 05/15/2017     /s/ DOUGLAS S. ELLMANN
**Current Projected Date Of Final Report (TFR):** 05/15/2017     DOUGLAS S. ELLMANN