**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| | |
|---|---|
| **Case No.:** | 14-48421 |
| **Case Name:** | BROWN, SUSAN G. |
| **For the Period Ending:** | 09/30/2014 |

| | |
|---|---|
| **Trustee Name:** | Douglas S. Ellmann |
| **Date Filed (f) or Converted (c):** | 05/15/2014 (f) |
| **§341(a) Meeting Date:** | 06/18/2014 |
| **Claims Bar Date:** | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining** |
| 1 | 5832 Rustic Lane Ypsialnti, MI 48197 | $170,000.00 | $2,500.00 | | $0.00 | $2,500.00 |
| 2 | Cash on hand | $50.00 | $0.00 | | $0.00 | FA |
| 3 | Bank; Checking/Savings; Account No.: | $1,000.00 | $0.00 | | $0.00 | FA |
| 4 | Living and Dining room, bedroom, kitchen furniture & utensils. | $1,500.00 | $0.00 | | $0.00 | FA |
| 5 | Clothing owned by debtors at debtors' residence and in debtors' possession. | $1,000.00 | $0.00 | | $0.00 | FA |
| 6 | jewerly | $700.00 | $0.00 | | $0.00 | FA |
| 7 | IRA | $42,931.00 | $0.00 | | $0.00 | FA |
| 8 | 2009 GMC Acadia | $16,000.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|---|
| $233,181.00 | $2,500.00 | | $0.00 | $2,500.00 |

**Major Activities affecting case closing:**
06/26/2014   The Trustee's real estate broker, Dunlap and Associates, has listed the debtor's home for sale.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 05/15/2017 | /s/ DOUGLAS S. ELLMANN |
| **Current Projected Date Of Final Report (TFR):** | 05/15/2017 | DOUGLAS S. ELLMANN |