UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  

BROWN, SUSAN G.

   Debtor(s).

_____/

14-48421-MBM

Hon. Marci B. McIvor

(Chapter 7)

## EX PARTE APPLICATION FOR AUTHORITY TO EMPLOY BROKER

DOUGLAS S. ELLMANN, Trustee, states:

 1. He is the duly appointed, qualified and acting Trustee.

 2. It is necessary for the Trustee to have the advice of these professionals in this matter for matters, including, but not limited to, sell the debtor's real estate at short sale on 4345 Shiloh Dr., Chelsea, MI. 48118 and all other necessary matters in which it would be beneficial to the estate to utilize these professionals.

 3. It would be in the best interest of creditors to permit, Dunlap & Associates, 6127 3th Ave., Suite C7, Grandville, MI. 49418 tel. 616-291-3104 to act as Broker in these proceedings.

 4. The Broker request(s) a commission of 6% upon sale. The professional requests also that it be allowed to split any commission as is standard practice with a buyer's agent if applicable.

 5. There are no anticipated maximum expenses.

 6. The professionals understand that any and all fees and expenses are subject to the approval of the United States Bankruptcy Court.

 WHEREFORE, DOUGLAS S. ELLMANN, Trustee, requests that an Order be entered authorizing and empowering him to employ Dunlap & Associates as broker in this matter.

Dated: 2/6/2015

/S/ DOUGLAS ELLMANN
Douglas S. Ellmann (P34617)
ELLMANN & ELLMANN PC
Attorneys for Trustee
308 West Huron
Ann Arbor, MI  48103
734 668 4800
dse@ellmannlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

BROWN, SUSAN G.

                Debtor(s).
_____/

14-48421-MBM

Hon. Marci B. McIvor

(Chapter 7)

## ORDER ALLOWING APPOINTMENT OF BROKER

This matter having come on to be heard upon the attached Trustee's Application for Authority to Employ Broker and the Court having reviewed it and being otherwise fully advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED that Douglas S. Ellmann, Chapter 7 Trustee, is hereby authorized and empowered to employ, Dunlap & Associates as Broker in the above entitled case under the terms and conditions stated in the application.

IT IS FURTHER ORDERED AND ADJUDGED that all fees awarded to the Broker for the Trustee are subject to the approval of the Court.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  14-48421-MBM

BROWN, SUSAN G.
Hon. Marci B. McIvor

Debtor(s).
_____/  (Chapter 7)

## DECLARATION OF DISINTEREST

Joseph Dunlap states:

1. I am employed with Dunlap & Associates who the Trustee has requested to be appointed by the Court as set forth en the attached application to appoint as a professional person to the estate, and am authorized to execute this document on behalf of Dunlap & Associates.

2. Neither I, nor any firm with which I may be associated, insofar as I have been able to ascertain, has any connection with the above-named estate, its creditors, or any other party in interest, or their respective attorneys and accountants or the US Trustee's office or its employees.

3. Neither I nor any firm with which I may am associated, insofar as I have been able to ascertain, holds or represents any interest adverse to that of the estate or the debtor in possession in this matter, if any, upon which I am to be engaged.

4. Our address and phone information is: Dunlap & Associates, 6127 3th Ave., Suite C7, Grandville, MI. 49418 tel. 616-291-3104

5..Based on the foregoing, I believe that I and any firm with which I may be engaged, is a disinterested person within the meaning of Sections 101(14) and 327 of the Bankruptcy Code.

Under penalty of perjury, the undersigned attests that the above information is true and accurate.


/s/ Joseph Dunlap

Dated: 2/6/2015

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
BROWN, SUSAN G.

Debtor(s).
_____/

14-48421-MBM

Hon. Marci B. McIvor

(Chapter 7)

### UNITED STATES TRUSTEE STATEMENT OF CONSENT TO APPLICATION TO EMPLOY PROFESSIONAL

The United States Trustee has reviewed a copy of the Application to Employ Dunlap & Associates as Broker, and the United States Trustee approves the application.

Dated: February 6, 2015

Daniel M. McDermott
United States Trustee
Region 9

/s/ Leslie Berg, Esq.
Trial Attorney
Office of the United States Trustee
211 West Fort Street
Ste. 700
Detroit, MI 48226
313 226 7999