# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:
Brown, Susan G.                              Hon. Marci B. McIvor

Debtor                                       14-48421
_____/                           (Chapter 7)

## MOTION FOR EXPEDITED HEARING

Trustee Douglas Ellmann states:

1. This is the Trustee's Motion for Expedited Hearing on his motion to sell the debtor's property, evict the debtor and approve brokerage commissions. The Motion is filed pursuant to L.B.R. 9006-1.

2. Pursuant to F.R.Bankr.P. 9006(c): [e]xcept as provided in paragraph 2 of this subdivision, when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of the court, the court for cause shown may in its discretion with or without motion or notice order the period reduced.

3. F.R.Bankr.P. 9006(c)(2) does not preclude the reduction of the time for taking action on this motion. Furthermore, pursuant to L.B.R. 9006-1(b), A[u]nless prohibited by Bankruptcy Rule 9006, and to the extent otherwise permitted by the Code and the Federal Rules of Bankruptcy Procedure, a party may move in writing for, and Court may sign, an ex parte order

reducing or enlarging the time for a party to take any action or file any paper. As set forth above, F.R.Bankr.P. 9006 does not preclude a reduction of the normal 14-day time period for filing objections to such motion.

4. In the present case, there is good cause for granting the Motion for Expedited Hearing because Greentree, the first secured creditor, which must approve this short sale, made its consent contingent on it receiving closing proceeds by March 11, 2015. The Court set a date after debtor's objection to the motion was filed for the hearing to be held March 17, 2015. That date would not satisfy the first secured creditor's requirements.

5. The debtor's attorney, Gary Boren, consents to the relief in this Motion.

### RELIEF REQUESTED

Debtor, respectfully requests that this Honorable Court grant its Motion for Expedited Hearing and set the hearing on the Trustee's Motion to March 3, 2015 at 9 a.m.

Date: February 25, 2015

/s/ Douglas S. Ellmann
Douglas Ellmann, Esq.

Ellmann & Ellmann PC
Attorneys and Counselors at Law
308 West Huron
Ann Arbor, MI   48103
734 668 4800
734 662 3893 facsimile
dse@ellmannlaw.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:
Brown, Susan G.                                    Hon. Marci B. McIvor

   Debtor                                          14-48421
_____/                                 (Chapter 7)

## ORDER SCHEDULING EXPEDITED HEARING

This matter came before the Court on the Motion of the Trustee requesting an expedited hearing on the Trustee's Motion to Sell Property, et. seq. The Court has considered the arguments set forth in the Debtor's Motion, and finds that good cause exists for scheduling an expedited hearing on the Motion, and for these reasons:

**IT IS ORDERED** that Trustee's Motion to Sell shall be heard before the Honorable Marci B. McIvor, in Courtroom 1850, 211 West Fort Street, Detroit, MI 48226 on March 3, 2015 at 9 a.m.

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:
Brown, Susan G.                              Hon. Marci B. McIvor

    Debtor                                    14-48421
_____/                           (Chapter 7)

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2015, I electronically filed the Motion for Expedited Hearing, proposed Order, and this Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to the debtor via her attorneys Gary Boren and John Bailey, and other counsel of record:

/s/ Douglas S. Ellmann
Douglas Ellmann, Esq.
Ellmann & Ellmann PC
Attorneys and Counselors at Law
308 West Huron
Ann Arbor, MI 48103
734 668 4800
734 662 3893 facsimile
dse@ellmannlaw.com