UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

In the matter of:

SUSAN G. BROWN

Case No. 14-48421-MBM
Chapter 7
Judge: MARCI B. McIVOR

Debtor(s)
_____/

## TRUSTEE'S REPORT OF SALE

I, DOUGLAS S. ELLMANN, state that there has been a sale of property of debtor's real estate located at 5832 Rustic Lane, Ypsilanti, MI in the above-captioned case pursuant to the Order approving sale, dated 3/3/15.

Dated: 03/25/2015

/s/ Douglas Ellmann
Douglas S. Ellmann, Trustee
(P34617)
308 W. Huron
Ann Arbor, MI 48103
734.668.4800
dse@ellmannlaw.com